1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  9555 S. Eastern Avenue, Suite 220A
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CODY JAMES STEWART, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., a domestic corporation; PIONEER SERVICES SALES FINANCE, INC., a domestic corporation; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited-liability company; SECURITY NATIONAL AUTOMOTIVE ACCEPTANCE COMPANY LLC, a foreign limited-liability company; UNITED CONSUMER FINANCIAL SERVICES COMPANY, a foreign corporation; WELLS FARGO BANK, N.A., a national banking association, EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-02076-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SECURITY NATIONAL AUTOMOTIVE ACCEPTANCE COMPANY, LLC WITH PREJUDICE** |

Plaintiff, Cody James Stewart ("Plaintiff"), and Defendant, Security National Automotive Acceptance Company, LLC ("Security National") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) as to Security National, with each party bearing their own attorney's fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 12, 2017

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 12, 2017

**MARQUIS AURBACH COFFING**

*/s/ Candice E. Renka*
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
crenka@maclaw.com
*Attorneys for Defendant Security National Automotive Acceptance Company, LLC*

Dated: January 12, 2017

**MAUPIN•NAYLOR•BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: January 12, 2017

**KOCH & SCOW LLC**

*/s/ David R. Koch*
David R. Koch, Esq.
Nevada Bar No. 8830
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
dkoch@kochscow.com
*Attorneys for Defendant Pioneer Services Sales Finance, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SECURITY NATIONAL AUTOMOTIVE ACCEPTANCE COMPANY, LLC WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), Security National is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED this 13 day of January, 2017.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SECURITY NATIONAL AUTOMOTIVE ACCEPTANCE COMPANY, LLC WITH PREJUDICE** was electronically served to the following parties:

Candice E. Renka, Esq.
**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
crenka@maclaw.com
*Attorneys for Defendant Security National Automotive Acceptance Company, LLC*

Jennifer L. Braster, Esq.
**MAUPIN•NAYLOR•BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

David R. Koch, Esq.
**KOCH & SCOW LLC**
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
dkoch@kochandscow.com
*Attorneys for Defendant Pioneer Services Sales Finance, Inc.*

Dated: January 12, 2017

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez